HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AHSSON SPRY,

          Plaintiff,

v.

PIERCE COUNTY, *et. al.*,

          Defendants.

NO. CV09-05097 KLS

ORDER GRANTING LAKEWOOD DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT

THIS MATTER having come on regularly before this Court on Defendants CITY OF LAKEWOOD and JOSEPH SANDALL's Motion for Entry of Final Judgment, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1.     Lakewood Defendants' Motion for Entry of Final Judgment;

and being otherwise fully advised in this matter;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' Motion is GRANTED, and the Court hereby amends its June 18, 2009 Order to reflect that it is a final

ORDER GRANTING LAKEWOOD
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (CV09-05097 KLS)
1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

judgment with respect to plaintiff's claims asserted against the CITY OF LAKEWOOD and JOSEPH SANDALL.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court will enter final judgment in favor or defendants CITY OF LAKEWOOD and JOSEPH SANDALL on their motion for $5,824.20 in attorney's fees and costs, which this Court granted on July 29, 2009.

DATED this 26th day of October, 2009.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

Presented by:

CHRISTIE LAW GROUP, PLLC

By  /s/ Thomas P. Miller
　　ROBERT L. CHRISTIE, WSBA #10895
　　THOMAS P. MILLER, WSBA #34473
　　Attorneys for Defendants City of Lakewood
　　　and Officer Sandall
　　2100 Westlake Avenue N., Suite 206
　　Seattle, WA 98109
　　Telephone: (206) 957-9669
　　Fax: (206) 352-7875
　　Email: bob@christielawgroup.com

ORDER GRANTING LAKEWOOD
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT (CV09-05097 KLS)
2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  tom@christielawgroup.com
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

ORDER GRANTING LAKEWOOD
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT  (CV09-05097 KLS)
3

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669