# United States District Court

WESTERN DISTRICT OF WASHINGTON

AHSSON SPRY,
        Plaintiffs,

v.

PIERCE COUNTY, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5097KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff's claims against defendants CITY OF LAKEWOOD and JOSEPH SANDALL are DISMISSED.

The Court enters final judgment in favor of defendants CITY OF LAKEWOOD and JOSEPH SANDALL on their motion for $5,824.20 in attorney's fees and costs.

October 27, 2009

BRUCE RIFKIN
Clerk

s/ *Traci Whiteley*
By Traci Whiteley, Deputy Clerk