UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AHSSON SPRY,

        Plaintiff,

v.

PIERCE COUNTY, *et. al.,*

        Defendants.

No. C 09-5097 KLS

ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

On November 30, 2009 this Court directed the Plaintiff to complete service on the listed defendants no later than December 31, 2009 and to file proof of such service. (Dkt. 41)

The undersigned granted summary judgment in favor of the City of Lakewood and Officer Joseph Sandall on July 17, 2009 as well as the Fife Police Department and Chief Brad Blackburn on January 19, 2010. The only remaining issue with regard to the Fife Defendants is the amount of reasonable attorney fees to be awarded.

None of the other named defendants have been properly served nor has the Plaintiff filed Proof of Service as directed in this Court's November 30, 2009 Order. The time to complete service passed almost seven months ago.

Order Dismissing Amended Complaint
Without Prejudice
Page - 1

It is therefore **ORDERED** that the Plaintiff's Amended Complaint be **Dismissed Without Prejudice.**

DATED this 19th day of January, 2010.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge