AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

AHSSON SPRY,
        Plaintiffs,

    v.

PIERCE COUNTY, et al,
        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5097KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's claims against Chief Blackburn and the Fife Police Department are hereby DISMISSED WITH PREJUDICE.

Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.

January 19, 2010

BRUCE RIFKIN
Clerk

*/s/ Traci Whiteley*
By Traci Whiteley, Deputy Clerk