# United States District Court
WESTERN DISTRICT OF WASHINGTON

AHSSON SPRY,
                Plaintiff,

v.

PIERCE COUNTY, et al.,

                Defendant.

JUDGMENT IN A CIVIL CASE
FOR ATTORNEY FEES

CASE NUMBER: C09-5097KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   THE COURT HAS ORDERED THAT Defendants Fife Police Chief Brad Blackburn and the Fife Police Department be awarded attorney fees in the sum of $5,705.10 and costs in the sum of $19.70 for a total award of $5,724.80.

March 9, 2010

BRUCE RIFKIN
Clerk

*(signature)*

By Traci Whiteley, Deputy Clerk